The People of the State of New York v. Charles J. Dryden.— Motion granted so far as to extend the time of the appellant in which to serve and file the record on appeal and appellant's points to and including November 21, 1927, and that said appeal be noticed for argument for December 6, 1927.　Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Angelo Diaz, Trading under the Firm Name and Style of Angelo v. I. Blyn & Sons and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

The Travelers Insurance Company v. Henry A. Blumenthal and Others. — Motion denied, with ten dollars costs.　Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

William Bell v. Whitehall South, Inc., Impleaded with Mayboro Corporation and Another.— Motion granted upon condition that appellant procure the record on appeal and appellant's points to be filed so that the appeal can be argued on November 4, 1927.　Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Andrew McAnsh v. Julius Blauner.— Motion denied, with ten dollars costs.　Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Petition of John P. Melius against Hon. Richard F. McKinery, a Magistrate of the City of New York, etc.— Motion denied, with ten dollars costs.　Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

The People of the State of New York ex rel. Julius Keller, Jr., v. The Warden of City Prison of The City of New York and Another.— Motion denied.　Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Lucy Garofalo and Another, as Administrators, etc., of Bastiano Garofalo v. M. Patane Co., Inc., and Another.— Preference granted for November 9, 1927.　Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Petition of the Pocahontas Apartments, Inc., against Patrick J. Reville, Superintendent of Buildings for the Borough of The Bronx, City of New York.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Nelson Macy, Individually and as Executor, etc., v. Susan A. Burchill and Another, Individually and as Executors, etc., and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before December 1, 1927.　Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

The People of the State of New York v. Joseph Campanaro, Alias Joseph Carone.— Order resettled and filed.　Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of Joseph F. Stillman and Others against William E. Walsh and Others, Constituting the Board of Standards and Appeals of the City of New York, and Another.— Preference granted for November 9, 1927.　Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of David D. Deutsch, an Attorney.— Respondent disbarred. No opinion.　Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of Samuel A. Langfur, an Attorney.— Reference ordered to Hon. Edward G. Whitaker, official referee.　Settle order on notice.　Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.